# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### HELENA DIVISION

| | |
|---|---|
| DEAN MILLS,<br><br>                    Plaintiff,<br><br>vs.<br><br>XYLEM, INC.; XYLEM<br>DEWATERING SOLUTIONS, INC.;<br>and JOHN DOES 1-5,<br><br>                    DefendantS. | No.  CV 20-64-H-SEH<br><br>**ORDER** |

The Court has been informed that this case has been settled.

ORDERED:

1.      All deadlines are VACATED.

2.      The parties shall file a stipulation for dismissal and proposed order of dismissal within 30 days of the date of this Order.

DATED this 7ᵗʰ day of May, 2021.

Sam E Haddon

SAM E. HADDON
United States District Judge