IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DEAN MILLS,<br><br>    Plaintiff,<br><br>vs.<br><br>XYLEM, INC.; XYLEM DEWATERING SOLUTIONS, INC.; and JOHN DOES 1-5,<br><br>    Defendants. | No. CV 20-64-H-SEH<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice, and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to pay their own costs and fees.

DATED this 3rd day of June, 2021

SAM E. HADDON
United States District Judge